IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: March 16, 2009
Court Reporter: Paul Zuckerman
Probation Officer: Laura Ansart

Criminal Action No. 07-cr-00403-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,  Michele Korver

    Plaintiff,

v.

6. DAVID MICHAEL ROMERO,  James Castle

    Defendant.

---

SENTENCING MINUTES
---

**8:36 a.m.** **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on May 1, 2009. Defendant pled guilty to 16 of the Indictment and confessed the forfeiture count in the Indictment (Count 22).**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #284**). Argument by Ms. Korver. No objection from defendant.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

The Court addresses the forfeiture count. The Government states it will dismiss it as to this defendant.

Oral findings are made of record.

**ORDER:** The forfeiture count (22) is **DISMISSED** against this defendant.

**ORDER:** Government's Motion for Downward Departure (**Doc. #284**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Bond is exonerated.

**8:53 a.m.** **Court in recess.**

Total Time: 17 minutes.
Hearing concluded.